AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of __NEVADA__

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 2:13-mj-00933-PAL |
| JORGE MUNETON | ) | | |
| *Defendant* | ) | | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 12/3/13 at 03:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: December 3, 2013

*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

*Printed name and title*



____ FILED    ____ RECEIVED
____ ENTERED  ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

DEC - 3 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY