DANIEL G. BOGDEN
United States Attorney
Nevada Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELEUTERIO TORRES, JR.,<br>SERGIO ESLI RIVERA,<br>JORGE MUNETON, and<br>MIGUEL ANGEL HERNANDEZ,<br><br>    Defendants. | 2:13-CR-450-APG-(GWF) |

**UNITED STATES OF AMERICA'S NOTICE THAT ITS INTERESTS AND RIGHTS EXPIRED IN PROPERTY LISTED IN THE PRELIMINARY ORDER OF FORFEITURE**

The United States respectfully notifies this Court that its interests and rights in the following property expired pursuant to Title 21, United States Code, Section 853(h):

    $3,734 in United States Currency.

The United States does not have custody of the property listed in the Preliminary Orders of Forfeiture (ECF Nos. 105, 108, 109, and 110) and set forth above.

Based on the foregoing, this Court should enter an order indicating (a) the United States' interests and rights in the property listed in the Preliminary Orders of Forfeiture (ECF Nos. 105, 108,

/ / /

1 | 109, and 110) and set forth above have expired; and (b) the Preliminary Orders of Forfeiture are
2 | reversed and are null and void as to the property set forth above.

A proposed order is submitted with this Notice.

Dated this 26th day of April, 2016.

DANIEL G. BOGDEN
United States Attorney

 */s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on April 26, 2016.

      */s/ Mary Stolz*
      MARY STOLZ
      FSA Paralegal

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) 2:13-CR-450-APG-(GWF) |
| v. | ) |
| ELEUTERIO TORRES, JR., | ) |
| SERGIO ESLI RIVERA, | ) |
| JORGE MUNETON, and | ) |
| MIGUEL ANGEL HERNANDEZ, | ) |
| Defendants. | ) |

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America's interests and rights expired in:

$3,734 in United States Currency (property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Preliminary Orders of Forfeiture (ECF No. 105, 108, 109, and 110) entered in this case are null and void.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 12, 2016

4